United States District Court
Southern District of Texas

**ENTERED**

September 24, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE KBR, INC. SECURITIES LITIGATION, | § § § § § | CIVIL ACTION NO. H-17-1375 |

### ORDER OF DISMISSAL

The Court is in receipt of Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Document No. 38), to which Defendants KBR, Inc., Stuart J. Bradie, William P. Utt, Mark W. Sopp, Brian K. Ferrarioli, Susan K. Carter, Jay Ibrahim, Jan Egil Braendeland, and Robert D. Zelinski are unopposed. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice against Plaintiffs Kuberhai M. Patel, Kanti K. Patel, Barry Porter, and Susan Dunenberg, with each party to bear its own costs.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 24TH day of September, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE